UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

KERRI GRIEB,                                    )
                                                )
                        Plaintiff,              )    Case No. 3:18-cv-05505
                                                )
            vs.                                 )    ORDER
                                                )
                                                )
COMMISSIONER OF SOCIAL SECURITY,  )
                                                )

                        Defendant
_____

      This matter having come on regularly before the undersigned by the stipulated motion

for attorney fees pursuant to the Equal Access to Justice Act, it is hereby ORDERED that:

      Attorney fees of $1,800.00, pursuant to the Equal Access to Justice Act (EAJA), 28

U.S.C. § 2412 be awarded to Plaintiff.  Subject to any offset allowed under the Treasury Offset

Program, payment of this award shall be made via check sent to Plaintiff's attorney, Victoria B.

Chhagan, at this address:  Douglas Drachler McKee & Gilbrough, 1904 Third Avenue, Seattle

WA 98101.  If the EAJA fees are not subject to any offset, the EAJA attorney fees will be paid

directly to the order of Plaintiff's Attorney, Victoria B. Chhagan.

Dated this 21st day of May, 2019.


                    _____

                    BRIAN A. TSUCHIDA
                    Chief United States Magistrate Judge

Victoria B. Chhagan
Douglas Drachler McKee
& Gilbrough
1904 Third Ave., Ste. 1030
Seattle, WA  98101
(206)623-0900